UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JAMES CEBULSKI and MARIE CEBULSKI,

        Plaintiffs,                      Case No. 14-cv-12623

v                                          Honorable Thomas L. Ludington

ROUNDPOINT MORTGAGE SERVING
CORPORATION,

        Defendant.

_____/

**ORDER DIRECTING SUBMISSION OF CLOSING DOCUMENTS AND DIRECTING APPEARANCE FOR IN-PERSON STATUS CONFERENCE**

On July 29, 2015, the parties informed the Court that they had reached a settlement in this matter. The parties were directed to submit closing documents by August 28, 2015. See August 11, 2015 Order, ECF No. 23. Unable to meet that deadline, the parties submitted a stipulation to extend the deadline by which they had to submit closing documents. The stipulation was accepted and the deadline was extended to September 11, 2015. See September 1, 2015 Stip. & Order, ECF No. 26. The deadline passed and the parties did not submit closing documents.

An in-person status conference was scheduled for October 6, 2015 after the deadline for submitting closing documents lapsed. *See* Notice to Appear, ECF No. 27. When the parties represented to the Court that they were nearing resolution and that the delay was occasioned by previously-unforeseen issues, the in-person status conference was converted to a telephonic status conference. *See* October 6, 2015 Order, ECF No. 28. The parties were also given until October 23, 2015 to submit closing documents. Once more, the closing documents were not submitted.

The Court scheduled another telephonic status conference with the parties for October 27, 2015. *See* Notice to Appear, ECF No. 29. Once more, the parties repeated that the previously previously-unforeseen issues were still present but that time was still needed to resolve pending issues with the settlement agreement. The parties estimated that about three weeks would be sufficient to resolve the case. The deadline for submitting closing documents will be set three weeks from the last status conference. Another in person status conference will be scheduled, in the event it becomes necessary. This status conference will be in person. It will mark four months since the parties represented that they settled the matter.

Accordingly, it is **ORDERED** that the parties are **DIRECTED** to submit closing documents via the Utilities function of CM/ECF **on or before November 17, 2015**.

It is further **ORDERED** that the parties are **DIRECTED** to appear for an in-person status conference on **November 19, 2015 at 3:00 p.m.**

                                                     s/Thomas L. Ludington
                                                     THOMAS L. LUDINGTON
                                                     United States District Judge

Dated: November 6, 2015

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 6, 2015.

                                    s/Michael A. Sian
                                    MICHAEL A. SIAN